UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>CAROL R. HAYLES, et al<br><br>Defendants. | Case No. 4:26-CV-00196-SRW |

**MOTION TO VOLUNTARILY DISMISS**

COMES NOW Plaintiff, the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Joshua M. Jones, Assistant United States Attorney for said district, and for its Motion to Voluntarily Dismiss, states as follows.

1. Pursuant to a settlement agreement reached between the United States and each defendant in the above-captioned cause of action, the United States agreed to dismiss this case *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) upon receipt of a sum of settlement payment.

2. The United States Attorney's Office has received the settlement payment, and based on the agreement, prays this Court dismiss this case. Rule 41(a)(1)(A)(ii) requires the signature of "all parties who have appeared." The only parties with appearances in this case are the United States of America; Defendant Robert Parson, Jr.; and Defendant Paule, Camazine & Blumenthal, P.C. The signatures if attorneys for those parties appear below.

3. Pursuant to the settlement agreement, each party should bear its own costs.

WHEREFORE, the United States prays this Court dismiss this case *with prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Joshua M. Jones*
JOSHUA M. JONES #61988MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2310
(314) 539-2287 fax
joshua.m.jones@usdoj.gov

*Attorneys for the United States*

**Approved By**:

s/ *Shane A. Chapman*
Shane A. Chapman #67106
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939/Telephone
(314) 621-6844/Fax
schapman@lashlybaer.com

*Attorneys for Defendant Paule, Camazine & Blumenthal, P.C.; and Robert Parson, Jr.*

**Certificate of Service**

The undersigned hereby certifies that on September 3, 2026, a copy of the foregoing was filed electronically using this Court's CM/ECF system and therefore served on all parties of record. The undersigned further certifies that on September 3, 2026, a copy of the foregoing was served via U.S. Mail, postage prepaid, to the following:

Carol R. Hayles
4357 W. Fairfax Ct.
St. Louis, MO 63113

Jasmine S. Hayles
4357 W. Fairfax Ct.
St. Louis, MO 63113

Ciarra N. Hayles
4357 W. Fairfax Ct.
St. Louis, MO 63113

Shane A. Chapman, Esq.
Lashly & Baer, P.C.
714 Locust Street
St. Louis, MO 63101

*Attorney for Defendants Robert Parson, Jr., and Paule, Camazine & Blumenthal, P.C*

/s/ *Joshua M. Jones*
Assistant United States Attorney